◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID WILLIAMS, Appellant. [718 NYS2d 198] —Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.), rendered December 22, 1998, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's sentence is not excessive (*see, People v Suitte*, 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Altman, J. P., Goldstein, H. Miller and Smith, JJ., concur.